NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7161

RODNEY H. ROBINSON,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

William S. Bach, of Washington, DC, for claimant-appellant.

Seth W. Greene, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent-appellee.  With him on the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.  Of counsel on the brief were Ethan Kalett, Supervisory Attorney, and Dana Raffaelli, Staff Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Appealed from:  United States Court of Appeals for Veterans Claims

Judge Bruce E. Kasold

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7161

RODNEY H. ROBINSON,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs

Respondent-Appellee

# Judgment

ON APPEAL from the     United States Court of Appeals for Veterans Claims

in CASE NO(S).     06-3373

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    Per Curiam (MICHEL, Chief Judge, MAYER, and DYK, Circuit Judges).

    AFFIRMED. See Fed. Cir. R. 36.

             ENTERED BY ORDER OF THE COURT

DATED February 3, 2009        /s/ Jan Horbaly

                           Jan Horbaly, Clerk